**Fill in this information to identify the case:**

Debtor name  **PC REBUILDERS & RECYCLERS, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **17-17785**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2017**       X /s/ William Cade
Signature of individual signing on behalf of debtor

**William Cade**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **PC REBUILDERS & RECYCLERS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **17-17785**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking - General** | 0820 | $35,068.13 |
| 3.2. | **US Bank** | **Checking - Payroll Account** | 9556 | $0.00 |
| 3.3. | **Wells Fargo Bank** | **Checking - General** | 3816 | $0.00 |
| 3.4. | **Wells Fargo Bank** | **Checking - Payroll Account** | | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Savings** | 3206 | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,068.13 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number *(If known)* **17-17785** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.   **Security deposit for leased facility.**        $8,000.00

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**        $8,000.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:    **28,046.20** - **0.00** = ....    $28,046.20
                     face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**        $28,046.20
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** <br> **Inventory** | | Unknown | Liquidation | $36,111.00 |
| **Inventory held at Amazon fulfillment center for sale.** | | Unknown | | $19,900.00 |

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number *(If known)* **17-17785** |
|---|---|---|
| | Name | |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

        Add lines 19 through 22.  Copy the total to line 84.

**$56,011.00**

24.    **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Included in item 41 below. | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office furniture and fixtures. | **Unknown** | **Liquidation** | **$6,825.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**

        Add lines 39 through 42.  Copy the total to line 86.

**$6,825.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **PC REBUILDERS & RECYCLERS, LLC**
Name

Case number *(If known)* **17-17785**

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1998 Ford F700 truck -gas -automatic -250,000 miles.** | Unknown | Comparable sale | $2,000.00 |
| 47.2. **2003 Ford F250 Van, automatic transmission,250,000 miles (needs repairs).** | Unknown | Comparable sale | $750.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Electric Forklift with charger.** | Unknown | Liquidation | $2,000.00 |

| | |
|---|---|
| 51. **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $4,750.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor   **PC REBUILDERS & RECYCLERS, LLC**                              Case number *(If known)* **17-17785**
_____
Name

| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
|---|---|---|---|---|
| 61. | **Internet domain names and websites** | | | |
| | **www.pcrr.com domain name.** | **Unknown** | **Liquidation** | **$750.00** |

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Customer list.** | **Unknown** | **Liquidation** | **Unknown** |

| 64. | **Other intangibles, or intellectual property** | | | |
|---|---|---|---|---|
| | **Unexpired lease for commercial warehouse/office facility. Term of lease runs through July 1 2019.** | **Unknown** | | **Unknown** |

| 65. | **Goodwill** | | | |
|---|---|---|---|---|
| | **Business goodwill.** | **Unknown** | **Liquidation** | **Unknown** |

| 66. | **Total of Part 10.** | | **$750.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** **Cash value in Key Man  life insurance policy, Northwestern Mutual policy# (4816) Insurance Co. Agent -Kevin Olson (kevin.olson@nmfn.com)** | **$17,814.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PC REBUILDERS & RECYCLERS, LLC**
Name

Case number *(If known)*   **17-17785**

**No Cash value in Key Man Disability insurance policy
(Nothwestern Mutual Insurance Co. Agent -Kevin Olson
(kevin.olson@nmfn.com)**

$0.00

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$17,814.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **PC REBUILDERS & RECYCLERS, LLC**                    Case number *(If known)* **17-17785**
_____Name_____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,068.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,046.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $56,011.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,825.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $750.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,814.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,264.33 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $157,264.33 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **PC REBUILDERS & RECYCLERS, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **17-17785** |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| **2.1** **Amazon Capital Services** | Describe debtor's property that is subject to a lien | $42,776.97 | $19,900.00 |
|---|---|---|---|

Creditor's Name

**410 Terry Ave North
Seattle, WA 98109**

Creditor's mailing address

**Inventory held at Amazon fulfillment center for sale.**

Describe the lien

**Non-Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Lendini Financial Services** | Describe debtor's property that is subject to a lien | $121,090.00 | $0.00 |
|---|---|---|---|

Creditor's Name

**884 Town Center Drive
Langhorne, PA 19047**

Creditor's mailing address

Describe the lien

**Factoring Agreement**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | PC REBUILDERS & RECYCLERS, LLC | Case number (if know) | 17-17785 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Merchant Cash & Capital - Biz Fi** | Describe debtor's property that is subject to a lien | $188,888.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**460 Park Ave S**
**New York, NY 10016**

Creditor's mailing address

**Describe the lien**
**Factoring Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Ondeck Capital** | Describe debtor's property that is subject to a lien | $31,750.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1400 Broadway**
**New York, NY 10018**

Creditor's mailing address

**Describe the lien**
**Factoring Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Yellow Stone Capital** | Describe debtor's property that is subject to a lien | $63,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Evertrust Plaza**
**Jersey City, NJ 07302**

Creditor's mailing address

**Describe the lien**
**Factoring Agreement**
Is the creditor an insider or related party?
☑ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor   **PC REBUILDERS & RECYCLERS, LLC**                    Case number (if know)   **17-17785**
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ **Yes** |
| _____ | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ **No** |
| | ■ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ **No** | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$447,505.57** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **PC REBUILDERS & RECYCLERS, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **17-17785**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$350.30** | **$350.30** |
|---|---|---|---|---|

**Aquilis Hood**
**5516 W Haddon**
**Chicago, IL 60651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$864.02** | **$864.02** |
|---|---|---|---|---|

**Ariel Palacio**
**2507 W Leland Ave**
**Chicago, IL 60625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number (if known) | **17-17785** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.82 | $411.82 |
|---|---|---|---|---|

**Brandon Foster**
**6943 W Fletcher**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.43 | $861.43 |
|---|---|---|---|---|

**Calvin Wells**
**408 W 95th Place**
**Chicago, IL 60628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00 | $12,500.00 |
|---|---|---|---|---|

**Carol Cade**
**3642 N Springfield ave**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.19 | $784.19 |
|---|---|---|---|---|

**Chris Marshall**
**1645 N Springfield Ave**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number (if known) | **17-17785** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.57 | $395.57 |

**Dan Harmon**
**1560 N Sandburg Ter**
**Chicago, IL 60610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.50 | $461.50 |

**Elsa Gutierrez**
**4335 S Komensky**
**Chicago, IL 60632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.56 | $337.56 |

**Enoc Garrett**
**640 N Cicero**
**Chicago, IL 60644**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,909.50 | $3,909.50 |

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**100 W Randolph Street**
**Bankruptcy Section, Level 7-425**
**Chicago, IL 60601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes (Withholding taxes)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **PC REBUILDERS & RECYCLERS, LLC**                                Case number (if known)    **17-17785**
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,830.17 | $21,830.17 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes-(Wihholding taxes)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 |

Priority creditor's name and mailing address

**Jane Washburn**
**206 Oakwood Drive**
**Antioch, IL 60002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,028.81      $1,028.81

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 |

Priority creditor's name and mailing address

**Lashan Baker**
**1456 N Lavergne**
**Chicago, IL 60651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$501.52      $501.52

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 |

Priority creditor's name and mailing address

**Marcus Ellis**
**408 W 95th**
**Chicago, IL 60628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$457.79      $457.79

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | PC REBUILDERS & RECYCLERS, LLC | Case number (if known) | 17-17785 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.23 | $239.23 |
|---|---|---|---|---|

**Marlon McQueen**
**6731 S Jeffery**
**Apt 507**
**Chicago, IL 60649**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.36 | $354.36 |
|---|---|---|---|---|

**Mike Daniel**
**825 N Christina Ave**
**Chicago, IL 60651**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496.90 | $496.90 |
|---|---|---|---|---|

**Parish Lofton**
**5112 W Devon**
**Chicago, IL 60646**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.16 | $492.16 |
|---|---|---|---|---|

**Shane Foreman**
**2427 N Avers, Apt 3**
**Chicago, IL 60642**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number (if known) | **17-17785** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.05 | $523.05 |
|---|---|---|---|---|

**Shaquetta McToy**
**2112 S St. Louis**
**Chicago, IL 60623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.43 | $595.43 |
|---|---|---|---|---|

**Thelma Brown**
**914 N Lorel**
**Chicago, IL 60651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00 | $12,500.00 |
|---|---|---|---|---|

**William Cade**
**3642 N Springfield Ave.**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages & wage related benefits.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,990.00 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Disputed charge.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,130.00 |
|---|---|---|---|

**AR America**
**1739 West Front Street**
**Plainfield, NJ 07063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Disputed account payable.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | | Case number (if known) | **17-17785** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,319.00** |
|---|---|---|---|

**ARCOA**
3300 Washington St.
Waukegan, IL 60085

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Trade debt (equipment inventory supplier)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,360.00** |
|---|---|---|---|

**Arvato Entertainment LLC**
90 Southside Ave.
 Suite 100
Asheville, NC 28802

Date(s) debt was incurred __11/20/2016__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Atomic Mechanical**
3733 N Ventura Drive
Arlington Heights, IL 60004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,944.00** |
|---|---|---|---|

**BGA Commodities, Inc.**
3150 Orthodox Street
Philadelphia, PA 19137

Date(s) debt was incurred __6/2/2009__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blue Cross Blue shield**
300 E Randolph
Chicago, IL 60601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Health insurance premiums.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.91** |
|---|---|---|---|

**Channel Advisor**
3025 Carrington Mill Blvd
Morrisville, NC 27560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,800.00** |
|---|---|---|---|

**Chicago Surplus Computers**
240 Cortland Ave
Lombard, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt (equipment inventory supplier)__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | PC REBUILDERS & RECYCLERS, LLC | Case number (if known) | 17-17785 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Chicago Venture C/O Walnut Prop**
**1639 W Walnut St.**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent.**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,315.58**

---

**3.11** | Nonpriority creditor's name and mailing address

**Cohen Elecgtronics Recycling**
**3120 S Verity Parkway**
**Middletown, OH 45044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,565.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**Comcast Business**
**PO BOX 3001**
**Southeastern, PA 19398**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ISP service.**

Is the claim subject to offset? ■ No  ☐ Yes

**$243.40**

---

**3.13** | Nonpriority creditor's name and mailing address

**Commonwealth Edison**
**PO BOX 6111**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities.**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,314.08**

---

**3.14** | Nonpriority creditor's name and mailing address

**Computer Express**
**1417 N Harding St.**
**Suite B**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (equipment inventory supplier)**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,548.92**

---

**3.15** | Nonpriority creditor's name and mailing address

**Concentra**
**PO BOX 488**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$83.50**

---

**3.16** | Nonpriority creditor's name and mailing address

**Corvus Janitorial Systems**
**815 W Weed St**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$699.00**

---

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number (if known) | **17-17785** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|
| | **Courses of Action**<br>**7421 W Isham**<br>**Chicago, IL 60631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt (Accountant Fees)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,805.00** |
|---|---|---|---|
| | **Crown Systems**<br>**33 North Addison Road**<br>**Ste. 104**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.43** |
|---|---|---|---|
| | **DHL**<br>**1200 south Pine Island Road**<br>**Plantation, FL 33324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Freight charges.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,008.00** |
|---|---|---|---|
| | **Electronic Recyclers International**<br>**c/o Robert A. Egan**<br>**120 N. LaSalle St., Ste. 2600**<br>**Chicago, IL 60602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Judgment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **FedEx C/O Blitt and Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Freight charges.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.80** |
|---|---|---|---|
| | **Flood Brothers**<br>**PO BOX 4560**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.00** |
|---|---|---|---|
| | **GAD Group**<br>**PO BOX 2258**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | PC REBUILDERS & RECYCLERS, LLC | Case number (if known) | 17-17785 |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Imperial Realty**
**4747 W Peterson Ave**
**Chicago, IL 60646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Old lease related charges.**

Is the claim subject to offset? ■ No ☐ Yes

**$689.64**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Ledoux & Company**
**359 Alfred Ave**
**Teaneck, NJ 07666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,402.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Master Brew**
**2350 Foster Ave**
**Wheeling, IL 60090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending machines.**

Is the claim subject to offset? ■ No ☐ Yes

**$136.25**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Mentor Media**
**3768 Milliken Ave**
**Easvale, CA 91752**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,860.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Microsoft**
**1 Microsoft Way**
**Redmond, WA 98502**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt - (Certificate of Auhtenticity charges)**

Is the claim subject to offset? ■ No ☐ Yes

**$324,106.76**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**NautilusInsurance**
**7233 E  Butherus Drv**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Insurance charges.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**NSF Iinternational**
**PO Box 771380**
**Detroit, MI 48277**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,015.90**

---

| Debtor | **PC REBUILDERS & RECYCLERS, LLC** | Case number (if known) | **17-17785** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,680.75** |
|---|---|---|---|

**Omnisource**
219 Murray St.
Fort Wayne, IN 46803

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt (equipment inventory supplier)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,488.32** |
|---|---|---|---|

**Parts People**
2929 Longhorn Blvd
Suite 101
Austin, TX 78758

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$624.28** |
|---|---|---|---|

**Patrick Mechanical**
PO BOX 56856
Chicago, IL 60656

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$665.09** |
|---|---|---|---|

**PayChex**
1175 John St
West Henrietta, NY 14586

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll services.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,865.62** |
|---|---|---|---|

**People's Gas**
PO BOX 19100
Green Bay, WI 54307

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Personnel Planners**
913 W Van Buren St
#3A
Chicago, IL 60607

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,701.99** |
|---|---|---|---|

**Revivn**
63 Flushing Ave.
Biulding 2, Suite 810
Brooklyn, NY 11205

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Debtor**   **PC REBUILDERS & RECYCLERS, LLC**

Name

Case number (if known)   **17-17785**

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,000.00** |

**SoftThinks**
**11940 Jollyville Rd 225-S**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (software supplier)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$13,274.11** |

**Source America**
**8401 Old Courthouse Rd**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (equipment inventory supplier)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$677.52** |

**Sprint**
**PO BOX 8077**
**London, KY 40742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,228.70** |

**T Mobile C/O IC Systems**
**444 Highway 96 East**
**PO Box 64378**
**Saint Paul, MN 55164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Phone services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,950.86** |

**Teleplan**
**2700 W Story Rd.**
**Ssuite 100**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt (Software supplier)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,403.38** |

**Uline**
**PO Box88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$41,396.33** |

**UPS**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Freight charges.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | PC REBUILDERS & RECYCLERS, LLC | | Case number *(if known)* | **17-17785** |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.02 |
|---|---|---|---|
| | **US Fire and Safety** | ☐ Contingent | |
| | **6542 N Milwaukee Ave** | ☐ Unliquidated | |
| | **Chicago, IL 60631** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | **WorldPay** | ☐ Contingent | |
| | **201 17th ST NW** | ☐ Unliquidated | |
| | **Ste. 1000** | ■ Disputed | |
| | **Atlanta, GA 30363** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card charge backs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |
|---|---|---|---|
| | **XT Technology** | ☐ Contingent | |
| | **27 Garden Street, Unit 8** | ☐ Unliquidated | |
| | **Danvers, MA 01923** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt (equipment inventory supplier)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Electronic Recyclers International**<br>**3243 S East Ave**<br>**Fresno, CA 93725** | Line  **3.20**<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 59,895.31 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,041,200.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,101,095.45 |

**Fill in this information to identify the case:**

Debtor name    **PC REBUILDERS & RECYCLERS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **17-17785**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Property lease of commercial warehouse/office facility located at 4734 W. Chicago Ave., Chicago IL 60651** |
| State the term remaining | **Expires on July 1, 2019**   **Steve Casper**   **Walnut street Properties**   **1626 W Lake St**   **Chicago, IL 60612** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PC REBUILDERS & RECYCLERS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **17-17785**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **William Cade** | **3642 N Springfield Ave.**<br>**Chicago, IL 60618** | **Yellow Stone Capital** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy